THE STATE OF MONTANA ex rel. LEON ALBERT PAUL-
SON, Relator, v. THE DISTRICT COURT of the THIR-
TEENTH JUDICIAL DISTRICT of the STATE OF MON-
TANA, in and for the COUNTY OF YELLOWSTONE and
the HONORABLE C. B. SANDE, Presiding Judge, Re-
SPONDENTS.

No. 12879.
Decided Oct. 11, 1974.
526 P.2d 1004.

ORDER

PER CURIAM:

Original proceeding. Relator seeks an appropriate writ to
annul an order voiding an affidavit of disqnalification and
setting the case for trial entered in cause No. 9350, entitled
The State of Montana, Plaintiff, vs. Leon Albert Paulson,
Defendant, pending in the respondent court.

Counsel was heard ex parte, the matter taken under advise-
ment, and the Court having now considered the petition, ex-
hibits and memorandum of authorities, denies the relief sought
by relator and this proceeding is ordered dismissed.